IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 11-735 |
| v. | : | |
| | : | |
| KARL BRUCE EDWARDS | : | |
| | : | |

# **ORDER**

AND NOW, this 22nd day of May, 2013, upon consideration of Defendant's Motion to Suppress ("Motion") (Dkt. No. 17); the Government's Response thereto (Dkt. No. 18); evidence produced at a suppression hearing held before this Court on February 4 (Day I) and 5 (Day II), 2013; and the Government and Defendant's post-hearing briefings (Dkt. Nos. 28 & 29), it is hereby ordered that said Motion is DENIED.

BY THE COURT:

*/s/ C. Darnell Jones, II*

_____

C. DARNELL JONES, II, U.S.D.J.